

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00427-CV

**CRAWFORD MEDICAL SUPPLIES, LLC**, Sam Maddali,
Prem Swaroop Kalidindi, and Maddali Realty, LLC,
Appellants

v.

**HUNTLEIGH HOME MEDICAL, LTD.** and Jane Elizabeth Flores,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00404
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the parties' Agreed Motion to Dispose of Appeal is GRANTED. The trial court's order is REVERSED, and judgment is RENDERED granting the appellants' motion to compel arbitration. The cause is REMANDED to the trial court for further proceedings consistent with our opinion. It is ORDERED that costs of the appeal are taxed against the parties who incurred them.

SIGNED October 7, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice